No. 01–10596. FAHLFEDER v. VARNER, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT SMITHFIELD, ET AL.

C. A. 3d Cir. Certiorari denied.